**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-CR-00071-CMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CHARLES WILLIAM STONEHOCKER,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** at the request of the Probation Department and with the approval of Judge Christine Arguello, a Compliance Review Hearing is scheduled in this matter for March 25, 2011 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado at 103 Sheppard Drive, Room 235.

**DATED: March 22, 2011.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**